UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ST. MICHAEL BALZARINI,

    Plaintiff,

  v.

JOHN DOE,

    Defendant.

Case No. 20-cv-03117-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to perfect his application to proceed *in forma pauperis* (IFP), and to file a complaint. His IFP application is deficient because it lacks a Certificate of Funds. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain a properly completed Certificate of Funds, **and** a complaint, which must be on this Court's form.

Plaintiff's IFP motion is DENIED as insufficient. (Dkt. No. 4.) The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** July _7__, 2020

_____
RICHARD SEEBORG
United States District Judge